JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

X03412/ 601979

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDA TAYLOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARNES AND NOBLE, et al<br><br>　　　　Defendant. | Case No. C 09-04490 JL<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　　　For the reasons set forth in the letter attached as Exhibit A, the plaintiff and THE CITY OF OAKLAND hereby stipulate that the CITY OF OAKLAND's time to answer or otherwise respond to the complaint shall be extended to and including November 2, 2009.

_____          Date: 10/31/09
STEPHEN Q. ROWELL, Esq.
Attorney for Defendant
CITY OF OAKLAND

2009-10-19 12:18    City of Oakland.    (510) 238-6500 >>    P 4/6

Case3:09-cv-04490-CRB Document14 Filed10/21/09 Page2 of 4



_____    Date:
CELIA MCGUINESS
Attorney for Plaintiff

IT IS SO ORDERED,

_____    Date: October 23, 2009
JAMES LARSON
United States Magistrate Judge

# EXHIBIT A



# CITY OF OAKLAND

ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney  
John A. Russo

(510) 238-3601  
FAX: (510) 238-6500

Stephen Q. Rowell  
Senior Deputy City Attorney

October 16, 2009

DD: (510) 238-3865

**VIA FACSIMILE (510) 832-4787 and FIRST CLASS MAIL**

Celia McGuinness, Esq.  
LAW OFFICES OF PAUL REIN  
200 Lakeside Drive, Suite A  
Oakland, CA 94612

Re: Rolanda Taylor v. Barnes and Noble, et al.  
United States District Court C09-04490 JL

Dear Ms. McGuinness:

As we discussed during this morning's telephone conversation, the City of Oakland has named as a defendant in the captioned lawsuit. The matter has been assigned to me for handling.

As, I informed you, the property which is the subject of the complaint falls within the jurisdiction of the Port of Oakland, which operates as an entity separate from the City. Earlier this week, the City tendered its defense to the Port. I since have been advised that the Port has tendered the City's defense to the operator of the facility, JLS Partners, which bears responsibility pursuant to the terms of its agreement with the Port.

The City's responsive pleading is due on Monday, October 19, 2009. In light of the foregoing, you have graciously agreed to a 14- day extension of time for the City to respond to the complaint. Hence the City's respond is now through and including November 2, 2009.

Very truly yours,

JOHN A. RUSSO  
City Attorney

By: Stephen Q. Rowell  
Senior Deputy City Attorney

CC: Mary Richardson, Esq. [Facsimile (510) 444-2093]

COPY