PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone: 415/440-3175
Facsimile: 415/440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff
ROLANDA TAYLOR

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDA TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> BARNES AND NOBLE BOOKSELLERS, INC.; STARBUCKS CORPORATION; CITY OF OAKLAND; AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | CASE NO. C09-4490 JL <br> <u>Civil Rights</u> <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT** <br><br> Pursuant to FRCP Rule 15 (a)(2) |

Plaintiff ROLANDA TAYLOR filed her Complaint September 23, 2009, naming as defendants BARNES AND NOBLE BOOKSELLERS, INC.; STARBUCKS CORPORATION; CITY OF OAKLAND; and DOES 1-10, INCLUSIVE, based on information obtained from public records and Westlaw databases. Defendants BARNES AND NOBLE BOOKSELLERS, INC. and STARBUCKS CORPORATION were subsequently served with the Complaint,

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED ORDER] FOR LEAVE
OF COURT TO FILE FIRST AMENDED COMPLAINT
CASE NO. C09-4490 JL                -1-                S:\CASES\B\BARNES & NOBLE\PLEADINGS\STIP FOR FAC.wpd

1  and on November 2, 2009, defense counsel for BARNES AND NOBLE
2  BOOKSELLERS, INC. and STARBUCKS CORPORATION filed an Answer on
3  their behalf. Defendant CITY OF OAKLAND was served with the Complaint
4  but has yet to file an Answer to the Complaint.
5        In correspondence dated October 5, 2009, counsel for defendant
6  STARBUCKS CORPORATION first advised plaintiff's counsel that
7  STARBUCKS CORPORATION does not own, operate, or control the café that is
8  the subject of this lawsuit (hereinafter the "Café"). Counsel further corresponded
9  on this issue in written correspondence and via telephone.
10       In correspondence dated October 16, 2009, counsel for defendant
11 CITY OF OAKLAND first advised plaintiff's counsel that the property that is the
12 subject of plaintiff's Complaint falls within the jurisdiction of the Port of
13 Oakland, which operates as an entity separate from defendant CITY OF
14 OAKLAND. Counsel further corresponded on this issue in written
15 correspondence and via telephone.
16       In a November 3, 2009 email thread to plaintiff's counsel's office,
17 counsel for the Port of Oakland confirmed that the CITY OF OAKLAND
18 ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS is
19 the governmental agency with title interest to the property at issue in this lawsuit.
20 In this November 3, 2009 email thread, counsel for the Port of Oakland also
21 confirmed that the Port of Oakland has a lease for the subject property with an
22 entity named "CEP-JLS I LLC." Counsel for the Port of Oakland subsequently
23 forwarded plaintiff's counsel a copy of the lease for the subject property. The
24 lease identifies "CITY OF OAKLAND ACTING BY AND THROUGH ITS
25 BOARD OF PORT COMMISSIONERS " as the named party to the lease with
26 CEP-JLS I LLC.
27       Upon information and belief, defendant BARNES AND NOBLE
28 BOOKSELLERS, INC. has its lease for the retail space that is at issue in this case

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED ORDER] FOR LEAVE
OF COURT TO FILE FIRST AMENDED COMPLAINT
CASE NO. C09-4490 JL     -2-     S:\CASES\B\BARNES & NOBLE\PLEADINGS\STIP FOR FAC.wpd

1 | with CEP-JLS I LLC.
2 |     Defendant STARBUCKS CORPORATION has provided
3 | satisfactory evidence that it has nothing to do with the ownership or operation of
4 | the Café beyond its provision of products and that it has nothing to do with the
5 | maintenance or repair of the lift at issue in this lawsuit.
6 |     In order to facilitate resolution of plaintiff's claims, and in the
7 | interests of justice, plaintiff believes it is necessary that the following
8 | amendments are made to the Complaint: (1) all claims against defendant
9 | STARBUCKS CORPORATION be dismissed with prejudice; (2) the appropriate
10 | entity at issue in this case, CITY OF OAKLAND, A MUNICIPAL
11 | CORPORATION ACTING BY AND THROUGH ITS BOARD OF PORT
12 | COMMISSIONERS, be substituted for CITY OF OAKLAND as a defendant in
13 | this action; and (3) the master lease holder for the property at issue in this case,
14 | CEP-JLS I LLC be named as a defendant in this action.
15 |     Plaintiff has prepared a First Amended Complaint making the
16 | changes noted above. These changes are the only amendments to the Complaint,
17 | and the First Amended Complaint otherwise remains unchanged from the
18 | original.
19 |     Plaintiff seeks leave of the Court to amend the Complaint pursuant to
20 | FRCP 15 (a)(2), with the agreement of defendants BARNES AND NOBLE
21 | BOOKSELLERS, INC. and STARBUCKS CORPORATION, who have already
22 | answered as parties to this action, and also with the agreement of defendant CITY
23 | OF OAKLAND, who has not yet answered the Complaint in this matter.
24 |     Therefore, IT IS HEREBY STIPULATED by and between that
25 | plaintiff, BARNES AND NOBLE BOOKSELLERS, INC., STARBUCKS
26 | CORPORATION, and CITY OF OAKLAND, the only parties to have appeared
27 | in this action thus far, that plaintiff may seek leave of the court to file a First
28 | Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED ORDER] FOR LEAVE
OF COURT TO FILE FIRST AMENDED COMPLAINT
CASE NO. C09-4490 JL     -3-     S:\CASES\B\BARNES & NOBLE\PLEADINGS\STIP FOR FAC.wpd

1  Furthermore, defendants STIPULATE that they will not, in future
2  proceedings, allege that STARBUCKS CORPORATION is responsible for any of
3  the actions alleged by plaintiff and/or claim that any of plaintiff's claims should
4  be dismissed because plaintiff has dismissed STARBUCKS CORPORATION
5  from this lawsuit.

8  Dated: January 11, 2010     LAW OFFICES OF PAUL L. REIN
9                              GEARINGER LAW GROUP

11                             /s/ Paul L. Rein
                               By PAUL L. REIN
12                             Attorneys for Plaintiff
                               ROLANDA TAYLOR

15 Dated: January 8, 2010      EISENBERG RAIZMAN THURSTON &
                               WONG LLP
16
                               *As to pages and line numbers 3:24-4:5 only*
17
                               /s/ David H. Raizman
18                             By David H. Raizman, Esq.
                               Attorneys for Defendants
19                             BARNES AND NOBLE BOOKSELLERS,
                               INC. and STARBUCKS CORPORATION

22 Dated: January 11, 2010     OAKLAND CITY ATTORNEY'S
                               OFFICE
23
24                             /s/ Stephen Q. Rowell
                               By Stephen Q. Rowell, Esq.
25                             Attorneys for Defendant
                               CITY OF OAKLAND

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED ORDER] FOR LEAVE
OF COURT TO FILE FIRST AMENDED COMPLAINT
CASE NO. C09-4490 JL                    -4-        S:\CASES\B\BARNES & NOBLE\PLEADINGS\STIP FOR FAC.wpd

1   ORDER

3   Pursuant to stipulation, and for good cause shown, IT IS SO
4   ORDERED.  The attached First Amended Complaint is ordered to be filed.

6   Dated: January 13, 2010

         _____
7        HON. JAMES LARSON
8        U.S. MAGISTRATE JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED ORDER] FOR LEAVE
OF COURT TO FILE FIRST AMENDED COMPLAINT
CASE NO. C09-4490 JL                         -5-                  S:\CASES\B\BARNES & NOBLE\PLEADINGS\STIP FOR FAC.wpd