MARY KAY GLASPY, Esq. SBN 157167
KEVIN M. CLARKE, Esq. SBN 114711
**LAW OFFICES OF GLASPY & GLASPY, INC.**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Telephone: (925) 947-1300
Facsimile:  (925) 947-1594
kclarke@glaspy.com

Attorneys for Defendants, Cross-Claimants and Cross-Defendants CITY OF OAKLAND, a municipal corporation by and through its Board of Port commissioners, and CEP-JLS I LLC, and Cross-Defendant JACK LONDON SQUARE INVESTORS I LLC

DAVID L. ALEXANDER SBN 059069
PORT ATTORNEY
MARY RICHARDSON SBN 208586
DEPUTY PORT ATTORNEY
PORT OF OAKLAND
530 Water Street, 4th Floor
Oakland, CA 94607
Telephone: (510) 627-1346
dalexander@portoakland.com
mrichardson@portoakland.com

Attorneys for Defendant, Cross-Claimant
and Cross-Defendant CITY OF OAKLAND, a municipal corporation by and through its Board of Port commissioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDA TAYLOR, | Case No. C09-04490 |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BARNES AND NOBLE BOOKSELLERS, INC.; CITY OF OAKLAND, A MUNICIPAL CORPORATION ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS; CEP-JLS I LLC; AND DOES 1-10, INCLUSIVE, | Judge: Hon. Charles Breyer |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

1     IT IS ORDERED that, pursuant to the stipulation of the parties herein, the Initial Case

2 Management Conference, originally set for July 2, 2010, shall be continued to  July 23, 2010,

3 2010, at   8:30 a .m., in Courtroom 8.

5 Dated: _ June 30, 2010 ____

6     _____
    CHARLES R. BREYER
7     United States District Judge



-2-
--------
[PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE