**LAW OFFICES OF PAUL L. REIN**
Paul L. Rein (SBN 43053)
Celia McGuinness (SBN 159420)
Catherine M. Cabalo (SBN 248198)
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:    (510) 832-5001
Facsimile:    (510) 832-4787
reinlawoffice@aol.com

**GEARINGER LAW GROUP**
Brian Gearinger (SBN 146125)
825 Van Ness Ave., 4th Floor
San Francisco, California 94109-7891
Telephone:    (415) 440-3175
Facsimile:    (415)440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff
Rolanda Taylor

*(additional counsel listed on next page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDA TAYLOR,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BARNES AND NOBLE BOOKSELLERS, INC.; CITY OF OAKLAND, A MUNICIPAL CORPORATION ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS; CEP-JLS I LLC; AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.  C09-04490-CRB<br><br>[~~PROPOSED~~] **ORDER DISMISSING CLAIMS WITH PREJUDICE**<br><br>[Concurrently filed with Stipulation for Dismissal of Claims With Prejudice]<br><br>Judicial<br>Officer:    Hon. Charles R. Breyer |

S:\CASES\B\BARNES & NOBLE\PLEADINGS\Stipulated Dismissals & Proposed Orders\20110126 Proposed Order Dismissing Claims against City of Oakland (FINAL).doc

[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE

1

2  **PORT OF OAKLAND**
   David L. Alexander, Port Attorney (SBN 059069)
3  Mary Richardson, Deputy Port Attorney (SBN 208586)
   530 Water Street, 4th Floor
4  Oakland, California 94607
   Telephone: (510) 627-1346
5  dalexander@portoakland.com
   mrichardson@portoakland.com
6

7  Attorneys for Defendant, Cross-claimant and Cross-defendant
   City of Oakland, a municipal corporation by and
8  through its Board of Port commissioners

9

10 **LAW OFFICES OF GLASPY & GLASPY, INC.**
   Mary Kay Glaspy (SBN 157167)
11 Kevin M. Clarke (SBN 114711)
   One Walnut Creek Center
12 100 Pringle Avenue, Suite 750
   Walnut Creek, CA 94596
13 Telephone: (925) 947-1300
   Facsimile: (925) 947-1594
14 kclarke@glaspy.com
15

16 Attorneys for Defendants, Cross-claimants and Cross-defendants
   City of Oakland, a municipal corporation by and
17 through its Board of Port commissioners, and CEP-JLS
   I LLC and Cross-defendant Jack London Square Investors I LLC
18

19

20                    [~~PROPOSED~~] ORDER

21     Having reviewed the Stipulation for Dismissal of Claims With Prejudice

22 submitted by plaintiff Rolanda Taylor ("Plaintiff"), on the one hand, and defendants,

23 cross-claimants and cross-defendants City of Oakland, by and through its Board of

24 Port Commissioners, CEP-JLS I LLC and Jack London Square Investors I LLC

25 (said defendants collectively referred to as the "City Defendants"), on the other

26 hand,

27     IT IS HEREBY ORDERED that:

28

S:\CASES\B\BARNES & NOBLE\PLEADINGS\Stipulated Dismissals & Proposed Orders\20110126 Proposed Order Dismissing Claims against City of Oakland (FINAL).doc

2

[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE
CASE No. C09-04490 CRB

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against the City Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court.

3. Each party shall bear her or its own costs and fees in the action.

Dated: ___January 27, 2011_____          _____
                                                                         HON. CHARLES R. BREYER
                                                                         U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

Approved as to form:

**LAW OFFICES OF PAUL L. REIN**

**GEARINGER LAW GROUP**

By:_____/s/ Paul L. Rein_____
         Paul L. Rein / Brian Gearinger
Attorneys for Plaintiff Rolanda Taylor


**PORT OF OAKLAND**

**LAW OFFICES OF GLASPY & GLASPY, INC.**


By:_____/s/ Kevin M. Clarke_____
         Kevin M. Clarke
Attorneys for Defendants, Cross-claimants and Cross-defendants City of Oakland, a municipal corporation by and through its Board of Port commissioners, and CEP-JLS I LLC and Cross-defendant Jack London Square Investors I LLC

S:\CASES\B\BARNES & NOBLE\PLEADINGS\Stipulated Dismissals & Proposed Orders\20110126 Proposed Order Dismissing Claims against City of Oakland (FINAL).doc

3

[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE
CASE No. C09-04490 CRB