1  **LAW OFFICES OF PAUL L. REIN**
2  Paul L. Rein (SBN 43053)
   Celia McGuinness (SBN 159420)
3  Catherine M. Cabalo (SBN 248198)
   200 Lakeside Drive, Suite A
4  Oakland, California  94612
   Telephone:     (510) 832-5001
5  Facsimile:     (510) 832-4787
6  reinlawoffice@aol.com

7  **GEARINGER LAW GROUP**
   Brian Gearinger (SBN 146125)
8  825 Van Ness Ave., 4th Floor
   San Francisco, California 94109-7891
9  Telephone:     (415) 440-3175
   Facsimile:     (415)440-3103
10 brian@gearingerlaw.com

11
   Attorneys for Plaintiff
12 Rolanda Taylor

13 *(additional counsel listed on next page)_*

14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17

18 ROLANDA TAYLOR,                          Case No.  C09-04490-CRB

19            Plaintiff,                     [~~PROPOSED~~] ORDER DISMISSING
                                             CLAIMS WITH PREJUDICE
20      vs.

21 BARNES AND NOBLE                          [Concurrently filed with Stipulation for
   BOOKSELLERS, INC.; CITY OF                Dismissal of Claims With Prejudice]
22 OAKLAND, A MUNICIPAL
   CORPORATION ACTING BY AND
23 THROUGH ITS BOARD OF PORT
   COMMISSIONERS; CEP-JLS I LLC;            Judicial
24 AND DOES 1-10, INCLUSIVE,                Officer:     Hon. Charles R. Breyer

25            Defendants.

26

27 AND RELATED CROSS ACTIONS.

28

David H. Raizman (SBN 129407)
Christopher F. Wong (SBN 142507)
Elena S. Min (SBN 235065)
1800 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 203-4000
Facsimile:   (310) 229-1285
david.raizman@dbr.com
chris.wong@dbr.com
elena.min@dbr.com

Attorneys for Defendant, Cross-claimant and Cross-defendant
Barnes & Noble Booksellers, Inc.


**PORT OF OAKLAND**
David L. Alexander, Port Attorney (SBN 059069)
Mary Richardson, Deputy Port Attorney (SBN 208586)
530 Water Street, 4th Floor
Oakland, California 94607
Telephone: (510) 627-1346
dalexander@portoakland.com
mrichardson@portoakland.com

Attorneys for Defendant, Cross-claimant and Cross-defendant
City of Oakland, a municipal corporation by and
through its Board of Port commissioners


**LAW OFFICES OF GLASPY & GLASPY, INC.**
Mary Kay Glaspy (SBN 157167)
Kevin M. Clarke (SBN 114711)
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
Telephone: (925) 947-1300
Facsimile: (925) 947-1594
kclarke@glaspy.com

Attorneys for Defendants, Cross-claimants and Cross-defendants
City of Oakland, a municipal corporation by and
through its Board of Port commissioners, and CEP-JLS
I LLC and Cross-defendant Jack London Square Investors I LLC

[PROPOSED] ORDER DISMISSING
CLAIMS WITH PREJUDICE

1

[~~PROPOSED~~] ORDER

2    Having reviewed the Stipulation for Dismissal of Claims With Prejudice

3 submitted by plaintiff Rolanda Taylor ("Plaintiff"), on the one hand, and defendants,

4 cross-claimants and cross-defendants Barnes & Noble Booksellers, Inc. ("Barnes &

5 Noble"), City of Oakland, by and through its Board of Port Commissioners ("City")

6 and CEP-JLS I LLC ("CEP") and cross-defendant Jack London Square Investors I

7 LLC ("JLSI"),

8    IT IS HEREBY ORDERED that:

9    1.    Plaintiff's Complaint in the above-entitled action is dismissed with

10 prejudice as against Barnes & Noble;

11    2.    City and CEP's Cross-claim in the above-entitled action is dismissed

12 with prejudice as against Barnes & Noble;

13    3.    Barnes & Noble's Cross-claim in the above-entitled action is dismissed

14 with prejudice as against City, CEP and JLSI; and

15    4.    Each party shall bear her or its own costs and fees in the action.

16

17

18 Dated: __February 3, 2011_____    _____

19                                        HON. CHARLES R. BREYER
                                         U.S. DISTRICT JUDGE

20

21 Approved as to form:

22 LAW OFFICES OF PAUL L. REIN

23 GEARINGER LAW GROUP

24

25 By:_____/s/ Paul L. Rein_____
          Paul Rein/Brian Gearinger
26 Attorneys for Plaintiff Rolanda Taylor

27

28                *(additional signatures on next page)*

3

1

2

3    By:_____/s/ David H. Raizman_____

4         David H. Raizman
      Attorneys for Defendant, Cross-claimant and Cross-defendant
5     Barnes & Noble Booksellers, Inc.

6

7    PORT OF OAKLAND

8    LAW OFFICES OF GLASPY & GLASPY, INC.

9

10

     By:_____/s/ Kevin M. Clarke_____
11         Kevin M. Clarke
      Attorneys for Defendants, Cross-claimants and Cross-defendants
12    City of Oakland, a municipal corporation by and
      through its Board of Port commissioners, and CEP-JLS
13    I LLC and Cross-defendant Jack London Square Investors I LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING
CLAIMS WITH PREJUDICE